UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 0 6 2018 ★

BROOKLYN OFFICE

KAREN MAISONET on behalf of herself and on behalf of all others similarly situated

    Plaintiff,

vs.

RGS FINANCIAL, INC.

    Defendant.

Case No. 1:17-cv-02017

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATAED AND AGREED by and between the parties and/or their respective counsel that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-entitled action be dismissed with prejudice against RGS Financial, Inc. without costs to any party.

DATED:    February 5, 2018

/s Maxim Maximov
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorneys for Plaintiff
1701 Avenue P
Brooklyn, NY 11229
P: 718-395-3459
F: 718-408-9570
m@maximovlaw.com

/s Brendan H. Little
Brendan H. Little, Esq.
Lippes Mathias Wexler Friedman LLP
Attorneys for Defendant
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
blittle@lippes.com

So Ordered.

s/ RJD

2/6/18